# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STELLAR RESTORATION SERVICES, LLC, | § § § | |
| Plaintiff, | § § | |
| | § | ACTION NO. 4:19-CV-470 |
| v. | § | JUDGE JORDAN/JUDGE JOHNSON |
| | § | |
| TOTAL YARD CARE, INC. and ALVARO VARGAS, | § § § | |
| Defendants. | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 12, 2019, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #9) that Plaintiff Stellar Restoration Services, LLC's ("Plaintiff") Motion to Remand for Want of Jurisdiction (Dkt. #6) be denied.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed,[1] the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Plaintiff's Motion to Remand for Want of Jurisdiction (Dkt. #6) is hereby **DENIED**.

---

[1] Following entry of the Report, Plaintiff filed a Notice of No Objections to the Report (Dkt. #10), asserting Plaintiff "gives notice that it will not object or challenge such [R]eport and requests that the Court proceed with all administrative notices or requirements for the case to move forward." *See* Dkt. #10.

**So ORDERED and SIGNED this 3rd day of September, 2019.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE